**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**CLESTER BILLS**                                                                                    **PLAINTIFF**

**v.**                                      **Case No. 3:16-cv-48 KGB**

**BLYTHEVILLE WATER WORK**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Clester Bills's complaint is dismissed without prejudice. The relief sought is denied. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

It is so adjudged this the 27th day of June, 2017.

_____
Kristine G. Baker
United States District Judge